**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Yesenia LEAL, Defendant–Appellant.**

**No. 08–40141**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 5, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Yesenia Leal, Fort Worth, TX, pro se.

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Yesenia Leal, federal prisoner # 92524–079, appeals the district court's denial of her motion to compel the Government to file a motion for reduction of sentence pursuant to Fed.R.Crim.P. 35(b).

Rule 35(b) does not provide a jurisdictional basis upon which to entertain Leal's motion. *See United States v. Early,* 27 F.3d 140, 141–42 (5th Cir.1994). The Government's refusal to file a Rule 35 motion is reviewable only if it is based on an unconstitutional motive, which Leal does not allege. *See United States v. Sneed,* 63 F.3d 381, 389 n. 6 (5th Cir.1995). Leal's motion is thus unauthorized and the district court and this court both lack jurisdiction to consider it. Accordingly, the appeal is DISMISSED for lack of jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.